UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>EASTOPEN, INC.,<br><br>　　　　Defendant(s).<br>_____/ | No. C-11-2929 DMR<br><br>**ORDER REOPENING CASE AND SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of Plaintiff's letter of August 18, 2012. [Docket No. 18.] The court accordingly REOPENS the case. A Case Management Conference is set for **September 26, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **September 19, 2012.**

IT IS SO ORDERED.

Dated: August 21, 2012

_____
DONNA M. RYU
United States Magistrate Judge