UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYNN DELIL,<br><br>      Plaintiff(s),<br><br>  v.<br><br>EASTOPEN, INC.,<br><br>      Defendant(s).<br>_____/ | No. C-11-02929 DMR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This case is hereby DISMISSED WITH PREJUDICE. The court shall retain jurisdiction for the limited purpose of resolving disputes arising out of the "Mutual Release and Settlement Agreement for Damages and Attorney's Fees, Litigation Expenses, and Costs." [*See* Docket No. 20.]

The Clerk of the Court is directed to close the case file.

IT IS SO ORDERED.

Dated: September 5, 2012

DONNA M. RYU
United States Magistrate Judge